# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

REBECCA ADAMS and
JAMES J. MCFARLAND,

        Plaintiffs,

v.

LUZERNE COUNTY, et al.,

        Defendants

CIVIL ACTION NO. 3:13-CV-01102

(MEHALCHICK, M.J.)

## ORDER

**AND NOW**, this 6th day of August 2014, for the reasons set forth in the Memorandum filed concurrently herewith, Defendants' motion to dismiss (Doc. 11) is granted in part and denied in part. It is hereby **ORDERED** as follows:

1. Luzerne County 911 Emergency Services is **DISMISSED** from this action without prejudice.

2. Defendants' motion to dismiss Adams' First Amendment retaliation claim is **DENIED**.

3. Defendants' motion to dismiss McFarland's First Amendment retaliation claim is **GRANTED with prejudice.**

4. Defendants' motion to dismiss McFarland's Fourteenth Amendment equal protection claim is **GRANTED with prejudice**.

5. Defendants' motion to dismiss McFarland's Pennsylvania Human Relations Act claim is **DENIED**.

6. Defendants' motion to dismiss Luzerne County from Adams' Federal Wiretap Act claim is **GRANTED with prejudice**.

7. Defendants' motion to dismiss Luzerne County from Adams' Pennsylvania Wiretap Act claim is **GRANTED with prejudice**.

8. Defendants' motion to dismiss the Luzerne County Commissioners from Adams' wiretap claims is **DENIED**.

9. Defendants' motion to dismiss Plaintiffs' defamation claims against Luzerne County is **GRANTED with prejudice**.

10. Defendants' motion to dismiss Plaintiff's defamation claims against the Luzerne County Commissioners is **DENIED**.

The claims remaining are as follows: Adams' First Amendment retaliation claim; Adams' Fourteenth Amendment equal protection claim; Adams' Pennsylvania Human Relations Act claims;; Adams' wiretap claims against the Luzerne County Commissioners; McFarland's Pennsylvania Human Relations Act claim; and Adams and McFarland's defamation claims against the Luzerne County Commissioners.

**Dated: August 6, 2014**                                        *s/ Karoline Mehalchick*
                                                                 **KAROLINE MEHALCHICK**
                                                                 **United States Magistrate Judge**